UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 3:17-cv-39

LEAH ASH,

        Plaintiff(s),

v.

CHARLOTTE SCHOOL OF LAW, LLC;
INFLAW INC.; INFILAW HOLDING,
LLC; and DOES 1-20,
        Defendant(s).

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Only one form needs to be completed for each nongovernmental party even if the party is represented by more than one attorney. Disclosures must be filed on behalf of nongovernmental corporate parties. Counsel have a continuing duty to update this information. An executed form should be electronically-filed. Plaintiff or moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

InfiLaw Holding, LLC     who is Defendant
*(Name of Party)*                                   *(Plaintiff / moving party or defendant)*
makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   Yes      **(No)**

2. Does the party have any parent corporations?
   Yes      **(No)**

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   Yes      **(No)**

   If yes, identify all such owners:

4.  Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
     Yes     (No)

If yes, identify entity and nature of interest:

This the 27th day of January, 2017.

WOMBLE CARLYLE SANDRIDGE & RICE
*A Limited Liability Partnership*

/s/ Johnny M. Loper
Johnny M. Loper, NCSB No. 15533
555 Fayetteville Street, Suite 1100
PO Box 831
Raleigh, North Carolina 27601
Telephone: (919) 755-2116
Facsimile: (919) 755-6056
E-mail: jloper@wcsr.com

Debbie W. Harden, NCSB 10576
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, NC 28202-6037
Telephone: 704.331.4943
Facsimile: 704.338.7813
E-Mail: dharden@wcsr.com

*Attorneys for Defendant Charlotte School of Law, InfiLaw Corporation, and InfiLaw Holding, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was served upon the following by U.S. First Class Mail, postage prepaid and addressed as follows:

> Michael Messinger
> Law Offices of Michael Messinger, PLLC
> 6135 Park South Drive – Suite 510
> Charlotte, NC 28216
> Office: 704-609-4277
> MichaelMessingerLaw@gmail.com
> *Attorney for Plaintiff*

This the 27th day of January, 2017.

> **WOMBLE CARLYLE SANDRIDGE & RICE**
> *A Limited Liability Partnership*
>
> /s/ Johnny M. Loper
> Johnny M. Loper, NCSB No. 15533
> 555 Fayetteville Street, Suite 1100
> PO Box 831
> Raleigh, North Carolina 27601
> Telephone: (919) 755-2116
> Facsimile: (919) 755-6056
> E-mail: jloper@wcsr.com
>
> *Attorneys for Defendant Charlotte School of Law, InfiLaw Corporation, and InfiLaw Holding, LLC*