IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00039-GCM

| | |
|---|---|
| LEAH ASH, | ) |
| **Plaintiffs,** | ) |
| v. | ) **ORDER** |
| INFILAW CORPORATION | ) |
| CHARLOTTE SCHOOL OF LAW, LLC | ) |
| INFILAW HOLDING, LLC, | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court upon Plaintiff's Motion to Remand. Defendants have filed a response and Plaintiff has filed a reply. This matter will be **HELD IN ABEYANCE** pending the Court's resolution of InfiLaw Holding, LLC's Motion to Dismiss for Lack of Personal Jurisdiction in a related case.

Signed: June 22, 2017

Graham C. Mullen
United States District Judge