IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17CV39

| | |
|---|---|
| LEAH ASH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CHARLOTTE SCHOOL OF LAW, LLC, ) | |
| INFILAW, INC., INFILAW HOLDING, ) | |
| LLC, and DOES 1 – 20, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    This matter is before the Court on its own motion. A discovery conference was held in this matter on December 6, 2017. At the conference, the Court directed that the parties in this action and the related actions to file a consolidated class action complaint by mid-January. Accordingly, the Defendants' Motion to Dismiss filed on December 4 is moot and is hereby dismissed as moot.

    IT IS SO ORDERED.

Signed: December 11, 2017

*[signature]*

Graham C. Mullen
United States District Judge